```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-7234
    Joseph.tartakovsky@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATHANIEL WATTS, <br><br> Defendant. | NO. 3:19-CR-00277-RS-2 <br><br> STIPULATION TO RESET STATUS CONFERENCE AND TO EXCLUDE TIME FROM NOVEMBER 22, 2021 TO DECEMBER 6, 2021 AND ORDER |

There is a status conference set in this matter for November 22, 2021 at 1 p.m. Dkt. 67. The parties, in order to facilitate discussions about a resolution, respectfully request that this status conference be reset for December 6, 2021 at 1 p.m. The Courtroom Deputy has advised that this date is available.

It is further hereby stipulated by and between counsel for the United States and counsel for the defendant NATHANIEL WATTS, that time be excluded under the Speedy Trial Act from November 22, 2021 through December 6, 2021.

At the status conference held on September 20, 2021, Dkt. 61, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as

further stated on the record at the status conference, the parties stipulate and agree that excluding time until December 6, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from November 22, 2021 through December 6, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   November 17, 2021

/s/
JOSEPH TARTAKOVSKY
Assistant United States Attorney

DATED:   November 17, 2021

/s/
DENA YOUNG
Counsel for Defendant NATHANIEL WATTS

### ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 20, 2021 and for good cause shown, the Court resets the status conference set in this matter for December 6, 2021 at 1 p.m.  The Court further finds that failing to exclude the time from November 22, 2021 through December 6, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from November 22, 2021 to December 6, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 22, 2021 through December 6, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 17, 2021

_____
HONORABLE RICHARD SEEBORG
Chief United States District Judge