Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
NATHANIEL WATTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL WATTS,<br><br>Defendant. | Case No. CR 19-277 RS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING DATE** |

  Defendant Nathaniel Watts, by and through his counsel of record, Dena Young, and Assistant United States Attorney Joseph Tartakovsky, hereby request that the in-person Sentencing Hearing currently set for June 14, 2022 at 9:30 a.m. be continued until July 26, 2022 at 9:30 a.m., or until the next available court date thereafter. The parties are preparing for the sentencing hearing. However, Mr. Watts' housing unit at Santa Rita Jail has been under quarantine for possible exposure to COVID-19 for nearly a month. The quarantine was just lifted this week. This quarantine prevented Mr. Watts' counsel from meeting with him and from completing the tasks necessary so that the probation officer can complete her report.

  U.S. Probation Officer Cindy Suntay has been contacted and has no objection to this request.

IT IS SO STIPULATED.

Dated: May 26, 2022                         /s/ _____
                                            DENA MARIE YOUNG
                                            Attorney for Defendant
                                            NATHANIEL WATTS

Dated: May 26, 2022                         STEPHANIE M. HINDS
                                            United States Attorney
                                            /s/ _____
                                            JOSEPH TARTAKOVSY
                                            Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing for defendant Nathaniel Watts which is currently scheduled for June 14, 2022 at 9:30 a.m., be vacated and reset for July 26, 2022, at 9:30 a.m.

DATED: May 26, 2022                         _____
                                            HON. RICHARD SEEBORG.
                                            United States District Judge